ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
King Rox, LLC                                           )   ASBCA No. 64053
                                                        )
Under Contract No. W911S2-24-P-1317                    )

APPEARANCE FOR THE APPELLANT:          Mr. Ismail Khan
                                         Managing Member

APPEARANCES FOR THE GOVERNMENT:        Dana J. Chase, Esq.
                                         Army Chief Trial Attorney
                                        MAJ Katharine M. Calderon, JA
                                        MAJ Joseph C. Vandusen, JA
                                        Carter Cassidy, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  September 11, 2025

_____
ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64053, Appeal of King Rox, LLC, rendered in conformance with the Board's Charter.

Dated:  September 11, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals